**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 233 MAL 2023

           Respondent              :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

           v.                   :

                                 :

STUART WAYNE BRYANT,          :

                                 :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.